# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gavin Hadaller,<br><br>              Plaintiff,<br>v.<br><br>Solar Employment Solutions, LLC, an Arizona limited liability company; Clint Taylor and Jane Doe Taylor, husband and wife; Norah Silva and John Doe Silva, husband and wife,<br><br>              Defendants. | Case No.: CV-16-00618-PHX-MHB<br><br>**ORDER** |

Pursuant to the parties' *Joint Motion to Approve Settlement Agreement and Stipulation of Dismissal*, (Doc. 57) and good cause appearing,

IT IS ORDERED granting the joint Motion (Doc. 57),

IT IS FURTHER ORDERED that the parties' SETTLEMENT IS APPROVED, THE Court finding that the settlement is a fair and reasonable resolution of a bona fide dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

IT IS FURTHER ORDERED dismissing, with prejudice, this lawsuit and all claims asserted by the Plaintiff herein.

Dated this 14th day of July, 2017.



Honorable Michelle H. Burns
United States Magistrate Judge